STATE OF NEW JERSEY v. BRUCE JOHNSON.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK A. RAGUSA AND
FRANCISCO A. DiPALMA.

February 26, 1980.

Petition for certification denied.

ALLSTATE INSURANCE COMPANY v. PETER SKOLNY ET AL.

February 26, 1980.

Petition for certification granted.